THE NATIONAL STATE BANK OF TROY, RESPONDENT,
v. CHARLES H. RISING, IMPLEADED, ETC., APPELLANT.

*Alteration of note — ratification of, by indorser — evidence — Appeal from judgment —
when questions of fact not considered on.*

An action may be maintained against an indorser of a note, who ratifies and
promises to pay the same, with full knowledge of the fact that the same has,
subsequent to his indorsement thereof, been altered by adding thereto the
words "with interest." (*Commercial Bank* v. *Warren*, 15 N. Y., 577; *Hunting-
ton* v. *Ballou*, 2 Lans., 120; *Greenfield Bank* v. *Crafts*, 4 Allen, 447; *Hazard* v.
*Spears*, 2 Abb. Ct. of App. Cases, 353.)

Upon the trial of such an action, evidence tending to show that the words "with
interest" were or were not written at the same time, and with the same pen
and ink, is admissible. (*Dubois* v. *Baker*, 30 N. Y., 355.)

Upon an appeal from a judgment entered on the verdict of a jury, where no
motion for a new trial has been made, no question of fact will be considered.
(4 Wait's Sup. Ct. Pr., 295.)

APPEAL from a judgment in favor of the plaintiff, entered upon
the verdict of a jury.

*C. F. Tabor*, for the appellant.

*Esek Cowen*, for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs.